IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

AARON M. CLEMONS

Case No. 2:23mj240
Court Date: December 14, 2023

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor) - Violation No. 7253878

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 22, 2023, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, AAARON M. CLEMONS, did drive a motor vehicle on a highway recklessly or at a speed or in a manner so as to endanger the life, limb, or property of other persons.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-852.)

#### COUNT TWO
(Misdemeanor) - Violation No. 7253879

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 22, 2023, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, AARON M. CLEMONS, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E.)

## COUNT THREE
(Petty Infraction)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 22, 2023, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof in the Eastern District of Virginia the defendant, AARON M. CLEMONS, did fail to comply with official signs of a prohibitory, regulatory, or directory nature.

(In violation of Title 41, Code of Federal Regulations, Section 102-74.385.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: /s/ *signature*
Tyler Jaramillo
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Tjaramillo@usa.doj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Tyler Jaramillo
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Tjaramillo@usa.doj.gov

11/14/23
Date